# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY RAY SPEARS,

    Plaintiff,

        v.

JOSEPH A. CURCILLO, III, *et al.*,

    Defendants.

NO. 1:13-CV-3053

(JUDGE CAPUTO)

## ORDER

**NOW**, this 31st day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) Plaintiff Anthony Ray Spears' Motion for Summary Judgment (Doc. 91) is **DENIED**.

(2) Defendants Dominick L. DeRose and Gerald Walton's Motion for Summary Judgment (Doc. 83) is **GRANTED**.

(3) Judgment is **ENTERED** in favor of Defendant DeRose and against Plaintiff Spears on the Fourth Amendment claim regarding the thrice-daily visual body-cavity searches.

(4) Judgment is **ENTERED** in favor of Defendant Walton and against Plaintiff Spears on the Eighth Amendment claim regarding the March 27, 2013 visual body-cavity search.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge